

# Velva L. Price
## Travis County District Clerk
**Travis County Courthouse Complex**
**P.O. Box 679003**
**Austin, Texas 78767-9003**

September 2, 2015

Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

Dear Mr. Kyle,

A clerk's record in cause number, D-1-GN-15-002879 and Court of Appeals number 03-15-00528-CV, styled, ACADEMY OF CAREERS TECHNOLOGY V TEXAS EDUCATION AGENCY, was due in your office August 31, 2015. The clerk's record was submitted on August 31, 2015, but rejected by the 3rd Court of Appeals due to a clerical error by the clerk. Therefore, the Travis County District Clerk's office formally requests an extension of time to correct the clerical error and re-submit the clerk's record by September 11, 2015.

If you have any questions, please contact me at (512) 854-5835.

Sincerely,

Trish Winkler
Deputy Court Clerk II
(512) 854-4309